IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                        CRIMINAL NO. 22-1562 KG

EDUIN ALEXANDER GONZALEZ-CHAVEZ,

        Defendant.

## ORDER TO SHOW CAUSE

It is hereby ORDERED that attorney Danielle Phillips appear before this Court on **Thursday, January 26, 2023, at 9:30 a.m.**, in the Mimbres Courtroom, United States Courthouse, 100 N. Church Street, Las Cruces, New Mexico, and show cause why she should not be sanctioned and/or held in contempt of court for failing to appear at the Call of the Calendar in *United States v. Gonzalez-Chavez*, 22-cr-1562 KG, at 1:30 p.m. on January 18, 2023. The Court is considering monetary sanctions, referring Ms. Phillips to disciplinary counsel, non-monetary sanctions including legal ethics trainings, and civil contempt proceedings. Ms. Phillips may retain counsel for this proceeding at her own expense.

It is further ORDERED that Mr. R. Eliot Neal and Ms. Joni A. Stahl, counsel for the United States in the *Gonzalez-Chavez* matter, appear in person for this hearing.

Notice of this hearing is being delivered to Ms. Phillips, Mr. Neal, and Ms. Stahl via email and a Notice of Electronic Filing in this miscellaneous action. Ms. Phillips must confirm receipt of this Order in writing to Theresa_Hall@nmd.uscourts.gov and Annette_Nanez@nmd.uscourts.gov no later than 4:30 pm on Thursday, January 19, 2023. If Ms. Phillips does not confirm in writing, the Court will call to ensure she received notice. If the

Court is unable to reach Ms. Phillips, the Court will have her personally served this Order and will file documentation of the same.

    IT IS SO ORDERED.

*[signature]*
UNITED STATES DISTRICT JUDGE